Afternoon is in re the Estate of Orr for the appellant's chair for the appellee, Mr. Anastas. Anastas, thank you. You may proceed. This is before the court basically on an appeal from a denial, a granting of summary judgment to Mr. Orr, denial of summary judgment to our client based essentially on the same question, which is, what does a certain provision of the will of Annette Orr provide? If it is unambiguous, what does it say? If it is not unambiguous, then there's a summary judgment would have been improper. So the first question is, what does it say?